# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHLEEN VAUGHN, | ) | CASE NO.: 8:04CV208 |
| PLAINTIFF, | ) | **ORDER FOR WRIT OF EXECUTION** |
| LENAHAN LAW OFFICES, L.L.C. AND JASON STROEHLEIN, | ) | |
| DEFENDANTS. | ) | |

THIS MATTER is before the Court this 23rd day of June, 2005, upon the Motion for the issuance of a Writ of Execution (Filing no. 22) upon the Nebraska Western Union account of the Defendant Lenahan Law Office.

AND THE COURT being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the Clerk is to issue a Writ of Execution against Lenahan Law Office in the amount of $1,480.00, plus interest at 2.8%, form of writ to be presented by Plaintiff's counsel upon entry of this order.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

1